UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RODNEY L. GARROTT, | ) | CASE NO. C07-0131-RSM-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: MOTION FOR ACCESS |
| | ) | TO DISCOVERY MATERIALS |
| M. LEFRANCIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 action, filed a motion for access to discovery materials. (Dkt. 19.) However, such discovery requests must be directed to defendants, rather than the Court. Moreover, prior to seeking the assistance of the Court with respect to any discovery requests, plaintiff must comply with the "meet and confer" requirements of Local Rule 37(a)(2)(A) and Federal Rule of Civil Procedure 37(a)(2)(A) (providing that a party who moves to compel discovery must include, along with his or her motion, "a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action."). Accordingly, the Court hereby finds and ORDERS:

ORDER RE: MOTION FOR ACCESS
TO DISCOVERY MATERIALS
PAGE -1

(1) Plaintiff's motion for access to discovery materials is STRICKEN;

(2) The Clerk shall send a copy of this Order to plaintiff, counsel for defendants, and the Hon. Ricardo S. Martinez.

DATED this 30th day of July, 2007.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

ORDER RE: MOTION FOR ACCESS
TO DISCOVERY MATERIALS
PAGE -2